**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1842**

JOHN RODGERS BURNLEY,

Plaintiff - Appellant,

v.

ALFRED DURHAM, Chief of Police; UNKNOWN NAMED POLICE OFFICERS FOR THE CITY OF RICHMOND; CITY OF RICHMOND POLICE DEPARTMENT; CITY OF RICHMOND; DARSETTA M. COLEMAN; KEITH BROWN, Verizon Technician; COMCAST; VERIZON,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:18-cv-00404-REP)

Submitted: November 19, 2018                     Decided: January 4, 2019

Before DUNCAN, THACKER, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

John Rodgers Burnley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Rodgers Burnley seeks to appeal the district court's order granting leave to proceed in forma pauperis in this civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Burnley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*